**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHAHFIN SMITH,** | : | **CIVIL NO. 1:CV-14-0774** |
| **Petitioner,** | : | |
| | : | **(Judge Kane)** |
| v. | : | |
| | : | |
| **ALGARIN JULIO, et al.,** | : | |
| **Respondents** | : | |

## ORDER

**AND NOW**, this 23rd day of April, 2014, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff is granted in forma pauperis status for the sole purpose of filing the instant petition.

2. The petition for writ of habeas corpus is **dismissed without prejudice**.

3. The Clerk of Court is directed to **close this case**.

4. A certificate of appealability will not issue.

                                            S/ Yvette Kane
                                            YVETTE KANE, District Judge
                                            Middle District of Pennsylvania